1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4
   Attorney for:
5  Alfred Herman

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            Case No.: 2:11-MJ-00147-EFB

10         Plaintiff,                   ORDER RE WAIVER OF DEFENDANT
                                        ALFRED HERMAN'S PRESENCE
11     vs.

12 ALFRED HERMAN, et. al.

13         Defendants.

14

15

16    Defendant, ALFRED HERMAN, hereby waives the right to be present in person in open

17 court upon the hearing of any motion or other proceeding in this cause, including, but not limited

18 to, when the case is ordered set for trial, when a continuance is ordered, and when any other

19 action is taken by the court before or after hearing, except upon arraignment, plea, impanelment

20 of jury and imposition of sentence. Defendant, ALFRED HERMAN, hereby requests the court to

21 proceed during every absence of his which the court may permit pursuant to this waiver; agrees

22 that his interests will be deemed represented at all times by the presence of his attorney, the same

23 as if defendant were personally present and further agrees to be present in court ready for hearing

24 any day and hour the court may fix in his absence.

25    Defendant, ALFRED HERMAN, further acknowledges that he has been informed of his

26 rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set

27 times and delays under the Act without defendant, ALFRED HERMAN, being present.

28

| | | | |
|---|---|---|---|
| Dated: June 21, 2011 | | By: | /s/ Alfred Herman |
| | | | ALFRED HERMAN |
| | | | Defendant |
| | | | (Original on file in attorney's office) |
| Dated: June 21, 2011 | | By: | /s/ Dustin D. Johnson |
| | | | DUSTIN D. JOHNSON |
| | | | Attorney for ALFRED HERMAN |

IT IS SO ORDERED.

Dated:  June 23, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE