Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for:
Alfred Herman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-MJ-00147-EFB |
| Plaintiff, | ORDER RE WAIVER OF DEFENDANT ALFRED HERMAN'S PRESENCE |
| vs. | |
| ALFRED HERMAN, et. al. | |
| Defendants. | |

    Defendant, ALFRED HERMAN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant, ALFRED HERMAN, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

    Defendant, ALFRED HERMAN, further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant, ALFRED HERMAN, being present.

| | | | |
|---|---|---|---|
| Dated: June 21, 2011 | | By: | /s/ Alfred Herman<br>ALFRED HERMAN<br>Defendant<br>(Original on file in attorney's office) |
| Dated: June 21, 2011 | | By: | /s/ Dustin D. Johnson<br>DUSTIN D. JOHNSON<br>Attorney for ALFRED HERMAN |

IT IS SO ORDERED.

Dated:  June 23, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE